IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
97 APR 17 PM 4:21
N.D. OF ALABAMA

| | |
|---|---|
| PROSOFT INC., an Alabama Corporation, )<br>MARTIN KEELY, an individual, )<br>STEPHEN YOUNG, an individual, )<br>and ROGER ISBELL, an individual )<br>  )<br>Plaintiffs, )<br>  )<br>vs. )<br>  )<br>SPEC CONSULTANTS, INC., )<br>a Pennsylvania Corporation, )<br>  )<br>Defendant. )<br>  ) | CV-96-C-2266-S |

## NOTICE OF DISMISSAL WITH PREJUDICE

Comes now the plaintiff in the above-styled action and files this notice of dismissal with prejudice of the above-referenced action, each party to bear his, her, or its own costs, attorney's fees and expenses.

Respectfully submitted,

*/s/*

R. Jackson Drake, Esq.
Braxton Schell, Jr. Esq.
Peter H. Burke, Esq.

OF COUNSEL:

COOPER, MITCH, CRAWFORD,
  KUYKENDALL & WHATLEY
1100 Financial Center
505 20th St. North
Birmingham Alabama 35203
(205) 328-9576

**ENTERED**
APR 21 1997

Christine L. Donohue, Esq.
James Mercolini, Esq.
KLETT, LEIBER ROONEY
    & SCHORLING
40th Floor, One Oxford Center
Pittsburgh, Pennsylvania 15219
(412) 392-2128

## CERTIFICATE OF SERVICE

    This is to certify that a copy of the above and foregoing has been served on all counsel listed, by placing a copy of same in the United States mail, postage prepaid, this the ____ day of **April, 1997**.

James L. Priester
MAYNARD, COOPER & GALE
2400 AmSouth Harbert Place
1901 6th Avenue North
Birmingham, Alabama 35203

Jay D. Marinstein
KIRKPATRICK & LOCKHART, L.L.P.
1500 Oliver Building
Pittsburgh, PA 15222-2312

                                                    _____
                                                   Of Counsel